Meyer Lambert v. Isaac M. Hays and Others.— Motion granted and question certified as stated in order.

Jesse L. Boskowitz, as Administrator, v. Joseph H. Sulzbacher.— Motion granted.

In the Matter of William E. Deane, an Attorney.— Respondent disbarred. Settle order on notice.

In the Matter of Henry A. Robinson, an Attorney.— Reference ordered. Settle order on notice.

In the Matter of Myer Prinstein, an Attorney.— Reference ordered. Settle order on notice.

---

## FOURTH DEPARTMENT, MARCH, 1910.

Julia Reinhardt, Respondent, v. International Railway Company and the City of Buffalo, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented on the ground that the court committed reversible error in charging that "there can be no verdict in this case against the city alone and not against the railroad company."

Joseph Oman, Respondent, v. Phœnix Bridge Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence, both as to defendant's negligence and plaintiff's freedom from contributory negligence. All concurred, except McLennan, P. J., and Kruse, J., who dissented.

James Lennon, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented.